# EXHIBIT A

# STATE COURT DOCUMENTS

ELECTRONICALLY FILED - 2025 Nov 17 1:55 PM - JASPER - COMMON PLEAS - CASE#2025CP2700712

STATE OF SOUTH CAROLINA

COUNTY OF JASPER

Andre Williams,

Plaintiff,

vs.

John Doe
Eurovia Atlantic Coast LLC,

Defendant.

IN THE COURT OF COMMON PLEAS

CASE NUMBER:

**SUMMONS**
(Jury Trial Demanded)

**TO THE DEFENDANTS ABOVE-NAMED:**

**YOU ARE HEREBY SUMMONED** and required to answer the complaint herein, a copy of which is herewith served upon you, and to serve a copy of your answer to this complaint upon the subscriber, at the address shown below, within thirty (30) days after service hereof, exclusive of the day of such service, and if you fail to answer the complaint, judgment by default will be rendered against you for the relief demanded in the complaint.

**MORGAN & MORGAN, P.A.**

/s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
SC Bar No.:    105795
Alan Belcher, Esq.
SC Bar No.:    71686
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone:    (843) 973-5438
Fax:             (854) 429-6281
cooper.klaasmeyer@forthepeople.com
**Attorneys for the Plaintiff**

November 17, 2025
North Charleston, SC

ELECTRONICALLY FILED - 2025 Nov 17 1:55 PM - JASPER - COMMON PLEAS - CASE#2025CP2700712

| | |
|---|---|
| **STATE OF SOUTH CAROLINA** | **IN THE COURT OF COMMON PLEAS** |
| **COUNTY OF JASPER** | CASE NUMBER: |
| Andre Williams,<br>                              Plaintiff,<br><br>vs.<br><br>John Doe<br>Eurovia Atlantic Coast LLC,<br><br>                              Defendant. | **COMPLAINT**<br>(Jury Trial Demanded) |

Plaintiff Andre Williams, by and through undersigned counsel, complains of Defendants John Doe and Eurovia Atlantic Coast LLC and alleges as follows:

### PARTIES, VENUE, AND JURISDICTION

1.     Plaintiff Andre Williams ("Plaintiff") was injured in the crash that is the subject of this action (the "Crash"). At all relevant times, Plaintiff has been a resident and citizen of Georgia.

2.     Defendant Eurovia Atlantic Coast LLC ("Defendant Eurovia") was the corporate contractor hired to perform the road construction in this case. At all relevant times, Defendant Eurovia has been a foreign limited liability company formed in the state of Delaware and registered to do business in South Carolina.  Defendant Eurovia may be served through its registered agent Corporate Creations Network Inc. at 6650 Rivers Avenue, North Charleston, South Carolina.

3.     Defendant John Doe is an employee of Eurovia Atlantic Coast LLC who was performing road construction work in the course and scope of his employment with Defendant Eurovia. Upon information and belief, Defendant John Doe is a citizen and resident of South

ELECTRONICALLY FILED - 2025 Nov 17 1:55 PM - JASPER - COMMON PLEAS - CASE#2025CP2700712

Carolina.

4.     Venue is proper in Jasper County because the acts and omissions giving rise to the action occurred in Jasper County.

5.     This Court has personal jurisdiction over the parties and subject matter jurisdiction over the issues involved in this case.

## GENERAL FACTUAL ALLEGATIONS

6.     On or around July 11, 2023, at 3:50 AM, Employees of Defendant Eurovia were performing road construction on Interstate 95 and the Exit 33 Ramp.

7.     Some time prior, Defendant John Doe placed cones and other traffic control devices in an unsuitable manner.

8.     As Plaintiff approached the Exit 33 Ramp, he attempted to maneuver around the road obstruction created by Defendants John Doe and Eurovia but was forced to run off the road.

9.     Due to the Crash which Defendants caused, Plaintiff suffered bodily injury and has undergone medical treatment.

## FOR A FIRST CAUSE OF ACTION
(Negligence/Recklessness, Negligence Per Se Against all Defendants)

10.     Plaintiff realleges and reincorporates the preceding paragraphs as if repeated verbatim here.

11.     Defendants owed a duty to Plaintiff to perform road construction in a safe and reasonable manner, and in accordance with all state and federal laws and regulations.

12.     Defendants breached their duty to use due care in performing the road construction and were negligent, negligent per se, reckless, willful, and/or wanton in numerous particulars, including but not limited to:

   a.   Failing to provide reasonable warning to Plaintiff of the danger posed by the

ELECTRONICALLY FILED - 2025 Nov 17 1:55 PM - JASPER - COMMON PLEAS - CASE#2025CP2700712

road construction, about which Defendants were aware but Plaintiff was not;

b. Failing to use the degree of care and skill that a reasonable person would have used under the same or similar circumstances;

c. Acting with conscious disregard for the safety of others, including Plaintiff;

d. Acting in violation of applicable state and federal statutes and regulations; and

e. Committing other acts and omissions as discovery may reveal and the evidence at trial may show.

13.     Defendants' acts and omissions were the direct and proximate cause of Plaintiff's injuries and damages claimed herein.

14.     As a direct and proximate result of Defendants' acts and omissions, Plaintiff suffered severe physical injuries which have caused, and in the future will cause, Plaintiff to suffer the following damages:

a. Physical pain and suffering;

b. Loss of enjoyment of life, to the detriment of Plaintiff's physical health and mental wellbeing;

c. Loss of wages and/or earning capacity;

d. Substantial expenses for past and future medical services;

e. Mental anguish, emotional distress, shock, and fear;

f. Other damages as will be shown in the discovery and trial of this case.

15.     Plaintiff is entitled to an award of all actual, consequential, and incidental damages against Defendants.

16.     Plaintiff is also entitled to an award of punitive damages against Defendants.

17.     Plaintiff is also entitled to an award of prejudgment interest against Defendants.

**WHEREFORE**, Plaintiff asks this Court to enter judgment against Defendants for the Plaintiff's actual and punitive damages in an amount to be determined by the jury, for the reasonable costs of this action, and for such other and further relief as the Court may deem just and proper.

**DEFENDANTS AND DEFENDANTS' ATTORNEYS ARE ADVISED THAT PLAINTIFF HAS SERVED DISCOVERY REQUESTS WITH THIS SUMMONS AND COMPLAINT, INCLUDING INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS TO ADMIT. RESPONSES TO THESE DISCOVERY REQUESTS ARE DUE WITHIN 45 DAYS PER THE SOUTH CAROLINA RULES OF CIVIL PROCEDURE. IF DEFENSE COUNSEL LACKS COPIES OF ANY DISCOVERY REQUEST, CONTACT PLAINTIFF'S COUNSEL.**

**MORGAN & MORGAN, P.A.**

/s/ Cooper Klaasmeyer
Cooper Klaasmeyer, Esq.
SC Bar No.:   105795
Alan Belcher, Esq.
SC Bar No.:   71686
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone:      (843) 973-5438
Fax:                (854) 429-6281
cooper.klaasmeyer@forthepeople.com
**Attorneys for the Plaintiff**

November 17, 2025
North Charleston, SC

ELECTRONICALLY FILED - 2025 Nov 17 1:55 PM - JASPER - COMMON PLEAS - CASE#2025CP2700712