# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### BEAUFORT DIVISION

| | | |
|---|---|---|
| Andre Williams, ) | | Civil Action No.   9:26-cv-93-RMG |
|       Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | **DEFENDANT JOHN DOE'S ANSWERS** |
| John Doe, Eurovia Atlantic Coast, LLC, ) | | **TO LOCAL RULE 26.01** |
| ) | | **INTERROGATORIES** |
|       Defendants. ) | | |
| _____ ) | | |

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA, BEAUFORT DIVISION:

Defendant John Doe (hereinafter "Defendant") hereby responds to the Interrogatories set forth in Local Civil Rule 26.01, D.S.C., as follows:

(A)   State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response:**   None known at this time.

(B)   As to each claim, state whether it should be tried jury or nonjury and why.

**Response:**   Plaintiff has requested a jury trial.

(C)   State whether the party submitting these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**Response:**   Defendant is not a publicly owned company.

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**Response:     The action has been removed to the Beaufort Division of the United States District Court for the District of South Carolina, which includes the county in which the incident giving rise to this action took place – Jasper County.**

(E)     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which *may* be related regardless of whether they are still pending. Whether cares are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happening, or events; involve the identical parties or property; or for any reason would entail substantial duplication of labor if heard by different judges.

**Response:     None known.**

(F)     *[Defendants only]* If the defendant is improperly identified, giver the proper identification and state whether counsel will accept service of an amended summons and pleadings reflecting the correct identification.

**Response:     Defendant John Doe was the alleged employee of Defendant Eurovia Atlantic Coast, LLC at the time of the subject accident. However, the undersigned has no information about any alleged employee at this time and cannot verify his/her identity. Additionally, the undersigned believes Defendant John Doe is not a proper party to this action.**

(G)     *[Defendants only]* If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response:     At this time, the Defendant makes no such contention but expressly reserves the right to assert claims against other persons or legal entities, including, but not limited to, the Plaintiff in the present action, at a later time as appropriate.**

(H)     *Parties or Intervenors in a Diversity Case.*  In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor.  This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response:     It is alleged that Defendant Doe is a citizen and resident of Charleston County, South Carolina.  However, the undersigned has no information about any alleged employee at this time and cannot verify this allegation. Additionally, the undersigned believes Defendant John Doe is not a proper party to this action.**

                                        Respectfully submitted,

                                        *s/Brandon P. Jones*
                                        Brandon P. Jones, FED ID# 10884
                                        Holder Padgett Littlejohn + Prickett, LLC
                                        2422 Devine Street, Suite A
                                        Columbia, SC 29205
                                        Tel: (803) 567-1130
                                        Email: bjones@hplplaw.com
                                        Attorney for Defendants

Columbia, South Carolina
January 9, 2026