IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Andre Williams,<br><br>　　　　Plaintiff,<br><br>v.<br><br>John Doe and Eurovia Atlantic Coast, LLC,<br><br>　　　　Defendants. | C/A No.: 9:26-cv-00093-RMG<br><br>**DEFENDANT JOHN DOE'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

TO:　COOPER KLAASMEYER, ESQUIRE, ATTORNEY FOR PLAINTIFF:

YOU WILL PLEASE TAKE NOTICE that the Defendant John Doe (hereinafter "Defendant"), by and through their undersigned counsel, respectfully moves this Court to dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. Said Motion will be heard within ten (10) days or at such time and place as may be set by the Court thereafter in the United Stated District Court for the District of South Carolina, Beaufort Division, of which you will be notified.

Support for Defendant's Motion is set forth in Defendant's Memorandum in Support of Motion to Dismiss, which is being filed contemporaneously with this Motion and fully incorporated herein.

As such, Defendant hereby respectfully requests that this Court grant their Motion to Dismiss and enter an Order dismissing Plaintiff's Complaint in its entirety against them and with prejudice pursuant to Rule 12(b)(6), FRCP, and grant any other and further relief as this Court may deem appropriate, just, and proper.

(SIGNATURE PAGE TO FOLLOW)

                Respectfully submitted,

                <u>*s/Brandon P. Jones*</u>
                Brandon P. Jones, FED ID #10884
                Holder Padgett Littlejohn + Prickett, LLC
                2422 Devine Street, Suite A
                Columbia, SC 29205
                Tel: (803) 567-1130
                Email: bjones@hplplaw.com
                Attorney for Defendant

Columbia, South Carolina
January 30, 2026