# EXHIBIT A

# South Carolina Traffic Collision Report Form TR-310

**ORIGINAL**

# SOUTH CAROLINA TRAFFIC COLLISION REPORT FORM
TR-310 (Rev. 04/2016)

**SOUTH CAROLINA DPS/OHS & DMV USE ONLY**

Page # 1 Of 1
# Of Units: 1
Amended - Attach Copy of Original Report Corrected
Notified: 0350
Arrived: 0400

| Field | Value |
|---|---|
| Date | 07-11-2023 |
| Time of Collision | 0350 |
| County | 27 |
| Collision Type | (7) Ramp |
| Collision Location (Rt. # / Name) | I-95 / I-95 95 EXIT RAMP |
| Main line/Connection | (0) Main line |
| Miles | 0.05 |
| Dir. | N |
| In/Near City or Town of | POINT SOUTH |

| Lane # / Dir | Distance Offset | Direction | Base Intersection (Rt # / Name) | Connection | GPS COORDINATES |
|---|---|---|---|---|---|
| # Of: NL | 0.07 Miles | S | From 17 / KINGS HWY | (0) Main line | Latitude 32° 37' 50.95" |
| R.R. Id | From Ramp Only (2) Exit | To | Toward 172 / GREGORIE NECK RD | (0) Main line / (4) Secondary | Longitude 80° 52' 54.43" |

**SA-739380**

### Unit 1
- Driver/Pedestrian's Full Name: WILLIAMS ANDRE ANTONIO
- Unit #: 1
- Sex: M
- Race: B
- Street: [redacted]
- # Occ: 1
- Birth Date: [redacted]
- City, State, & Zip: [redacted]
- State: GA
- Driver's License #: 054550613
- Class: A
- Insurance Company: ACE AMERICAN INSUR
- Year: 2017
- Body: DS
- Vehicle Make: FRHT
- VIN: 3AKJGBDV5HSHR2710
- State: SC
- Year: 2024
- License Plate #: P776126
- Owner's D.L. #: NONE
- Home Telephone: 8887854677
- Owner's Full Name: G & W TANKS LLC
- Street: 4953 VIRGINIA AVE
- City, State & Zip: NORTH CHARLESTON SC 29405
- Contributed To Collision: Yes
- Estimated Speed: 60
- Speed Limit: 45
- C.D.L. Req: Yes
- T/B S Req: Yes
- Alc/Drg info: No
- Statute #: 56-05-1520(A)
- Towed By: STAR GARAGE (Yes)

### Damage
- Unit 1 Dam.: $10000

### Description
Unit-1 was traveling north on I-95 exit ramp to US-17. While driving too fast conditions, Unit-1 ran off road right, struck the ditch and overturned.

### Investigating Officer
- Name: D. W. FARR
- Rank: TFC
- SCCJA#: 7716-9262
- Jurisdiction Code: HP06
- Review Date: 07-14-2023
- Reviewer's Name: J.L. WELLS
- Rank: SGT
- Internal Agency Code: DPSB23CAD137224

NOTICE - THE TR-310 IS FOR STATISTICAL REPORTING PURPOSES ONLY AND IS A REFLECTION OF THE OFFICER'S BEST KNOWLEDGE, OPINION AND BELIEF COVERING THE COLLISION BUT NO WARRANT IS MADE AS THE FACTUAL ACCURACY THEREOF.

| Unit: | Date of Birth | Sex: | Race | INJ: | Seat: | R/SD | A.B.D. | Eject | LAI: | Tran: | Name | Street Address | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | M | B | a 2 / b | 01 | 13 | a 4 / b | a 9 / b | 1 | 2 | a 1 / b | WILLIAMS ANDRE ANTONIO |  | 31329 |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |
|  |  |  |  | a / b |  |  | a / b | a / b |  |  | a / b |  |  |  |

**Race**
A - Asian/Pacific Islander   W - Caucasian
B - African American   H - Hispanic   O - Other
I - Alaskan Native or American Indian   U - Unk

**a) Injury Status**
0- No Apparent Injury   2- Suspected Minor Injury
1- Possible Injury   3- Suspected Serious Injury
4- Fatal

**Seating Loc.**
01 02 03
04 05 06
07 08 09

20- Pedestrian   60- Sleeper of Cab
30- Trailing Unit   70- Riding on Unit Exterior
40- Bus or Van (4th row or Higher)   80- Lap
50- Other Enclosed Area (nontrailing)   99- Unk./NA
51- Other Unenclosed Area (nontrailing)

**Restraint/Safety Device**
00- None Used   21- Child Safety Seat
11- Shoulder belt
12- Lap Belt Only   88- Other
13- Shoulder & Lap Belt   99- Unk.

**Air Bag Deployment / Switch**
a) 1- Deployed Front  4- Not Deployed
   2- Deployed Side   7- Not Applicable
   3- Deployed Both   9- Deployment Unk.
b) 1- Switch In On Position  3- No Switch
   2- Switch In Off Position  9- Unknown

**Ejection**
1- Not Ejected
2- Part. Ejected
3- Tot. Ejected
7- Not App.
9- Unk.

**Head Injury**  1) Yes  2) No
**Location After Impact**
1- Not Trapped   3- Freed (non-mech)
2- Extricated (Mechanical Means)   4- Not Applicable   9- Unknown

**Sequence of Events**

**b) 2 or 3 Wheel Motorized Vehicle Only**

a) **Transported to Medical Facility**
1- Yes   2- No   3- Uknown
b) By:   1-EMS   2- Police   8- Other   9- Unk.

**Pedestrian, Motor/Pedalcycle Only**
31- Helmet   51- Reflective Clothing
41- Protective Pads   61- Lighting

**Non-Collision**
01- Cargo/Equip Loss or Shift
02- Cross Median/Center
03- Downhill Runaway
04- Equipment Failure
05- Fire/Explosion
06- Immersion
07- Jackknife
08- Overturn/Rollover
09- Ran off Road Left
10- Ran off Road Right
11- Separation of Units
12- Spill (Two-Wheeled Veh.)
18- Other Non-collision
19- Unk. Non collision

**Collision: Not Fixed**
20- Animal (Deer Only)
21- Animal (All Other)
22- Motor Veh. (in Transport)
23- Motor Veh. (Stopped)
24- Motor Veh. (Other Roadway)
25- Motor Veh. (Parked)
26- Pedalcycle
27- Pedestrian
28- Railway Veh.
29- Work Zone Maint. Equip.
38- Other Movable Object
39- Unk. Movable Object

**Collision: Fixed Object**
40- Bridge Overhead Structure
41- Bridge Parapet End
42- Bridge Pier or Abutment
43- Bridge Rail
44- Culvert
45- Curb
46- Ditch
47- Embankment
48- Equipment
49- Fence
50- Guardrail End
51- Guardrail Face
52- Highway Traffic Sign Post
53- Impact Attenuator/Crash Cushion
54- Light/Luminaire Support
55- Mail Box
56- Median Barrier
57- Overhead Sign Support
58- Other (Post, Pole, Support, Etc.)
59- Other (Wall, Building, Tunnel, Etc.)
60- Tree
61- Utility Pole
62- Work Zone Maint. Equipment
68- Other
69- Unk.

| Event 1 | Event 2 | Event 3 | Event 4 | Most Hrmfl | 1st Hrmfl |
|---|---|---|---|---|---|
| 1 10 | 1 46 | 1 08 | 1 | 08 | 46 |
| 2 | 2 | 2 | 2 |  |  |
| 3 | 3 | 3 | 3 |  |  |

**Manner of Collision (Struck Veh.)**
1 00   00- Not Coll. w/ Motor Veh.   30- Rear-to-Rear   50- Sideswipe Same Dir.
2 1st Hrmfl Collision   10- Rear End   41- Angle (↘|↙)   60- Sideswipe Opposite Dir.
3   20- Head On   42- Angle (→|←)   70- Backed Into
   43- Angle (↗|↖)   99- Unknown

**1st / Most Deformed Area**  **1st Deformed** 2  **Most Deformed** 93

21- Pedestrian   81- None   92- Rollover   93- Total   94- Under Carriage   98- Other   99- Unk.

**Vehicle Type:**
1 13   01- Automobile   15- Full Size Van   27- Pedalcycle   61- School Bus
2   12- Pickup Truck   16- Mini Van   38- Animal Drawn Veh.   62- Passengers Bus
3   13- Truck Tractor   17- Sport Utility   39- Animal (Ridden)   98- Other
  ☒ 14- Other Truck   25- Motorcycle   41- Pedestrian   99- Unk. (Hit and Run Only)
   26- Other Motorbike   51- Train

**Alcohol / Drug Test Given**
A1 / D1   1- Given - Known Results   3- Given - Pending   4- None
A2 / D2   2- Given - Unusable   5- Refused
A3 / D3

**Test Type**
A1 / D1   1- Under- Compartment Intrusion
A2 / D2   1- Breath (Alc Only)   3- Urine   2- Under- No Intrusion   4- Over MV in transport   6- None
A3 / D3   2- Blood   4- Serum   3- Under- Unknown   5- Over- Other Vehicle   9- Unk.
           8- Other

**Special Use Only**  1 2 3 4 5 6 7

**Underride/Override** 6

**Vehicle Use Code**
1 18   01- Personal   04- Ambulance   08- Farm Use   12- Fire Fighting
2   02- Driver Training   05- Military   09- Wrecker or Tow   13- Logging
3   03- Construction/Maint.   06- Transport Passengers   10- Police   18- Other
   07- Transport Property   11- Goverment   41- Pedestrian

**Drug Results**
D1   3- Marijuana   0- None/Minor
D2   1- Amphetamines   4- Opiates   7- None   2- Functional Damage   4- Severe/Totaled   9- Unk.
D3   2- Cocaine   5- PCP   8- Other   3- Disabling Damage   5- Not Applicable

**Extent of Deformity** 4

**Vehicle Attachment**
1 C   1- None   4- Utility Trailer   8- Towed Motor Vehicle   C- Other Tanker
2   2- Mobile Home   5- Farm Trailer   9- Petroleum Tanker   D- Flat Bed
3   3- Semi-Trailer   6- Trailer w/ Boat   A- Lowboy Trailer   E- Twin Trailers
   7- Camper Trailer   b- Autocarrier Trailer   F- Other

**Alc Test Results**
A1-   1- Two-way, Not Divided   3- Two-way, Divided, Barrier
A2-   2- Two-way, Divided, Unprotected Median   4- One-Way   8- Other
A3-

**Trafficway** 4

**Action Prior to Impact**   (Vehicle)   (Non-motorist)
1 04   01- Backing   08- Parked   21- Approaching Leaving Vehicle
2   02- Changing lanes   09- Slowing or Stopped in traffic   22- Entering/Crossing Location
3   03- Entering traffic lane   23- Playing/Working on Vehicle
  ☒ 04- Leaving traffic lane   10- Turning left   24- Pushing Vehicle
   05- Making U-turn   11- Turning right   25- Standing
   06- Movements Essentially Straight Ahead   26- Walking, Playing, Cycling
   07- Overtaking/passing   88- Other   99- Unk.   27- Working

A:   1- Gore   3- Median   5- Roadway   7- Sidewalk   9- Unk.
     2- Island   4- Roadside   6- Shoulder   8- Outside Trafficway
B: X-walk:   1- Y  2- N  9- U

**1st Harmful Event Loc.**  a 4  b 2

1- Straight - Level   3- Straight - Hillcrest   5- Curve - On Grade
2- Straight - On Grade   4- Curve - Level   6- Curve - Hillcrest

**Road Character** 3

1- Dry   3- Snow   5- Ice   7- Water (Standing, etc)
2- Wet   4- Slush   6- Contaminate   8- Other   9- Unk.

**Road Surface Condition** 1

**Weather Condition**
1   1- Clear (no adverse conditions)   3- Cloudy   6- Fog, Smog, Smoke
   2- Rain   4- Sleet, Hail   7- Blowing Sand, Oil, Dirt or Snow   8- Severe Crosswinds
   5- Snow   9- Unk.

01- Stop and Go Light   21- Officer or Flagman
02- Flashing Traffic Signal   22- Oncoming Emergency Vehicle
11- RR (X-bucks, Light & Gates)   31- Pavement Markings (only)   43- Yield Sign   51- Flashing Beacon
12- RR (X-bucks & Lights)   41- Stop Sign   44- Work Zone   98- None
13- RR (X-bucks Only)   42- School Zone Sign   45- Other Warning Signs   99- Unk.

**Traffic Control Type** 31

**Light Condition**
7   1- Daylight   3- Dusk   6- Dark (Street Lamp Not Lit)
   2- Dawn   4- Dark (Lighting Unspecified)   7- Dark (No Lights)
   5- Dark (Street Lamp Lit)

1- Yes, Directly   2- Yes, Indirectly   3- No   9- Unk.   **School Bus Involved:** 3
1- Before 1st Sign   3- Transition Area   5- Termination Area   1- Yes 2- No   **Work Zone:** 2
2- Advanced Warning Area   4- Activity Area   _____ **Work Zone Location**

**Junction Type**
13   01- Crossover   03- Five/More Points   07- Shared Use Paths or Trail   12- Y - Intersection
   02- Driveway   04- Four-way Intersection   08- T-Intersection   13- Nonjunction
   05- Railway Grade Crossing   09- Traffic Circle   99- Unk.

1- Shoulder/Median Work   3- Intermittent/Moving Work   _____ **Work Zone Type**
2- Lane Shift/Crossover   4- Lane Closure   8- Other   9- Unk.   1- Yes  2- No  **Workers Present:**

**Primary** 03   **Contributing Factors**
06                **Driver**
Others:
01- Disregarded Signs, Signal, Etc.
02- Distracted/Inattention
03- Driving Too Fast for Conditions
04- Exceeded Authorized Speed Limit
05- Failed to Yield Right of Way
06- Ran off Road
07- Fatigued/Asleep
08- Followed Too Closely
09- Made an Improper Turn
10- Medical Related
12- Aggressive Operation of Vehicle
13- Over-correcting/Over-steering
14- Swerving to Avoid Object
15- Wrong Side or Wrong Way
16- Under the Influence
17- Vision Obscured (Within Unit)
18- Improper lane Usage/Change
19- Cell Phone
20- Texting
28- Other Improper Action   29- Unk.

**Roadway**
30- Debris   48- Other
31- Non-highway Work   49. Unk.
32- Obstruction in Roadway
33- Road Surface Condition (i.e., Wet)
34- Rut, Holes, Bumps
35- Shoulders (None, Low, Soft, High)
36- Traffic Control Device (I.e., Missing)
37- Work Zone (Constr./Maint./Utility)
38- Worn, Travel-Polished Surface

**Non-Motorist**
50- Inattentive
51- Lying &/or Illegallly in Roadway
52- Failure to Yield R. of W.
53- Not Visible (Dark Clothing)
54- Disregard Signs, Signals, Etc.
55- Improper Crossing
56- Darting
57- Wrong Side of Road
58- Other   59- Unk.
66- Under the Influence
67- Other Person Under Influence

**Environmental**
60- Animal in Road
61- Glare
62- Obstruction
63- Weather Cond.
68- Other   69- Unk.

**Vehicle Defect**
70- Brakes   76- Windows/Shield
71- Steering   77- Restraint System
72- Power Plant   78- Truck Coupling
73- Tires/Wheel   79- Cargo
74- Lights   80- Fuel System
75- Signals   88- Other   89- Unk.

**SOUTH CAROLINA DEPARTMENT OF MOTOR VEHICLES FR-10 (Rev. 04/2016)**
**NOTICE OF REQUIREMENT**

Mail FR-10 to: SC Department of Motor Vehicles
Office of Financial Responsibility (803) 896-5000
PO BOX 1498, Blythewood, SC 29016-0050

Submit Electronically: Agents or Company Representatives can submit your insurance information at WWW.SC-ALIR.com

| Date | Time | County | Type | Collision Location (Rt. # / Name) | Line | Miles | Dir. | Near City or Town of |
|---|---|---|---|---|---|---|---|---|
| 07-11-2023 | 0350 | 27 | (7) Ramp | I-95 / I-95 95 EXIT RAMP | (0) Main line | 0.05 | (N) | POINT SOUTH |

To Vehicle Owner/Operator: Failure to return this form to the Department of Motor Vehicles within 15 days from the date of the collision could result in the suspension of your driver license and registration privileges pursuant to South Carolina Code of Laws 56-9-351 and 56-10-530.

SA-739380

**Driver/Pedestrian's Full name:** WILLIAMS ANDRE ANTONIO
Unit # 1
# Occ 1
State: GA
Driver's License #: 054550613
Class: A
Insurance Company: ACE AMERICAN INSUR
Year: 2017
Body: DS
Vehicle Make: FRHT
VIN: 3AKJGBDV5HSHR2710
State: SC
Year: 2024
License Plate #: P776126
Owner's D.L. #: NONE
Owner's Full Name: G & W TANKS LLC
Street: 4953 VIRGINIA AVE
City, State & Zip: NORTH CHARLESTON SC 29405
Contributed To Collision: Yes

**All Units Insurance Information** (to be completed by Investigating Officer)

Accident Insurance Information for Unit # 1
Company Name: ACE AMERICAN INSUR
Area Code/Phone Number: 800 433-0385
Policy Number: ISAH10763654

**Automobile Liability Insurance Information**

Notice of Requirement Accepted → Signature
Y N Refused to Affix Signature?
Y N Vehicle Subject to Registration in SC?

To Be Completed Below or Entered at WWW.SC-ALIR.com By Insurance Company representative. This form should not be mailed to DMV if insurance information has been submitted electronically. Reference to Unit #: ____, I hereby affirm that to the best of my knowledge the vehicle described above was insured by the below stated Insurance company on the date of the collision.

The information as contained herein is based solely upon my knowledge and belief as a representative of the above insurance company and no warranty of liability is imputed into the above mentioned insurance as I have listed herein.

Insurance Company | Policy # | Signature | Title
Beginning Date: | Ending Date: | Policy Holder: | NAIC # (Assigned by S.C. Dept. of Ins.) | Bus. Telephone ( )

Notice: If liability insurance was not in effect for your vehicle involved in the collision, the Department of Motor Vehicles could suspend your driver license and registration privileges pursuant to South Carolina Code Laws 56-9-351 and 56-10-530.

If any of the below are applicable, Disregard the above portion | Form FR-10 Not Issued:  Section 56-10-520

- Check here if a Form SR-23, Fleet policy of 25 or more vehicles is on file with the Department of Motor Vehicles covering the vehicle
- Check here if a certificate of self-insurance has been issued by the Department of Motor Vehicles covering the vehicle and indicate the certificate number: SI - _____
- Check here if liability insurance was not in effect to comply with South Carolina statutory requirements.

No FR-10 issued to Operator/Owner of Unit #: _____
Summons Issued To:
For operating or allowing the operation of an uninsured vehicle
Summons Number:
Signature      Date       Signature

| Investigating Officer's Name | Rank | SCCJA# | Jurisdiction Code | Review Date | Reviewer's Name | Rank | Internal Agency Code |
|---|---|---|---|---|---|---|---|
| D. W. FARR | TFC | 7716-9262 | HP06 | 07-14-2023 | J.L. WELLS | SGT | DPSB23CAD137224 |

# South Carolina Uniform Traffic Collision Report
## (For Investigating Officers)
### Supplemental Bus & Truck Collision Report
(Revised 04/2009)

**SOUTH CAROLINA DPS AND DMV USE ONLY**

☐ Amended-Attach Copy of Original Report  ☐ Corrected

Page __1__ of __1__ Pages

| Date | Time | County | Route Category | Accident Location (Route Number and Name if Any) | Auxiliary |
|---|---|---|---|---|---|
| 07-11-2023 | 0350 | 27 | 1-Interstate 4-Secondary / 2-US Primary 5-County / 3-SC Primary 6-PP | ON I-95 / I-95 95 EXIT RAMP | (1) Mainline 6-Connection / 2-Alternate 7-Business / 5-Spur 9-Other |

## IF THIS CRASH INCLUDES:

**Any** truck that has a gross vehicle weight rating (GVWR) of more than 10,000 pounds or a gross combination weight rating (GCWR) of more than 10,000 pounds and is used on public highways,  **How Many? 1**

**OR**

**Any** motor vehicle with seating to transport nine (9) or more people, including the driver  **How Many? 0**

**OR**

**Any** motor vehicle *(regardless of weight)* displaying a hazardous materials placard;  **How Many? 1**

## AND RESULTS IN:

**Any** fatality or fatalities  **How Many? 0**

**Any** person(s) transported for immediate medical services  **How Many? 1**

**Number of Vehicles Towed**

**Any** disabled motor vehicle(s) towed away from the scene  **How Many? 1**

**Complete This Form Only if:**
One or More Qualifying Vehicle(s) was involved - **AND**
One or More Qualifying Injuries/Fatalities was Sustained - **OR**
One or More Disabled Vehicle(s) was **Towed Away** From the Scene

**Access Control**
1- No Access Control
2- Full Access Control
3- Partial Access Control  **2**

### Vehicle Information

**Gross Vehicle Weight Rating/ Gross Combination Weight Rating**
01- Less than or Equal to 10,000 Pounds
02- 10,001 - 26,000 Pounds
03- More than 26,000 Pounds
99- Unknown/Hit and Run  **03**

**Vehicle Configuration**
00- Passenger Car (only w/HAZMAT placard)   08- Tractor w/Semi-Trailer
01- Light Truck (only w/HAZMAT placard)   09- Tractor w/Double Trailers
02- Bus (seats for 9-15 people)   10- Tractor w/Triple Trailers
03- Bus (seats for 16 + people)   98- Other/Unable to Classify
04- Single Unit Truck (2 axles/6+ tires)   99- Unknown/ Hit and Run
05- Single Unit Truck (3 or more axles)
06- Truck w/Trailer
07- Truck-Tractor Only (Bobtail)  **98**

**Bus Use**
01- Not used as a bus   05- Charter/Tour
02- School   06- Shuttle/Church
03- Transit/Commuter/Sch service   07- Unknown
04- Intercity  **01**

**Cargo Body Type**
00- Bus (seats for 9-15 people)   09- Grain, Chips, Gravel
01- Bus (seats for 16 + people)   10- Pole
02- Enclosed Box   11- Intermodal Container
03- Cargo Tank   12- Log
04- Flat Bed   13- Veh. Towing Vehicle
05- Dump   97- N/A
06- Concrete Mixer   98- Other
07- Auto Transporter   99- Unknown/Hit & Run
08- Garbage/Refuse  **98**

**Trailer Length and Width**
**Length**
00- No Trailer
01- Less than 480 in. (40ft.)
02- 481 in. -576 in (48ft.)
03- 577 in. or more
99- Uknown/Hit and Run
**Width**
00- No Trailer
01- Less than 60 in. (5ft.)
02- 61 in. - 84 in. (7ft.)
03- 85 in. or more
99- Unknown/Hit and Run

| Trailer 1 Length | Trailer 2 Length |
|---|---|
| 03 | 00 |

| Trailer 1 Width | Trailer 2 Width |
|---|---|
| 03 | 00 |

**Total Number of Supplemental Forms Required for this Collision:** 1

**Unit Number** ___1___  **FR-10 Number** ___SA-739380___

### Carrier Information
**Name:** G&W TANKS LLC
**Address:** 4653 VIRGINA AVE
**City:** NORTH CHARLESTON  **State:** S C  **Zip:** 2 9 4 0 5
**Business Phone Number:** 8 8 8   7 8 5   4 6 7 7

### Identification Numbers
**U.S. DOT** 2 3 0 0 4 7 1   None = 0 ☐
**State Number** ☐☐☐☐☐ S C
(3) Not In Commerce - Other Truck/Bus
(4) Not In Commerce - Government   **1**
(5) Other Operation/Not Specified Carrier?

**Carrier Type:** Is this vehicle a(n) (1) Interstate (2) Intrastate

**Was a Citation Issued to this Vehicle?**  1- Yes  2- No  3- Pending   **1**

### Hazardous Material Involvement

**Was This Vehicle Carrying Hazardous Materials?**
1- Yes   2- No   3- Unkown/Hit and Run   **1**

**Did the Vehicle Have a Hazardous Material Placard?**
1- Yes   2- No   3- Uknown/Hit and Run   **1**

**If "Yes", What Class of Hazardous Material (off placard/shipping papers)?**
01- Class 1 (Explosives)   06- Class 6 (Poison/Infectious Substance)
02- Class 2 (Gases)   07- Class 7 (Radioactive)
03- Class 3 (Flammable Liquids)   08- Class 8 (Corrosives)
04- Class 4 (Flammable Solids)   09- Class 9 (Misc. Goods)
05 Class 5 (Oxidizing Substance)   10- No Placard
99- Other/Unknown/Hit and Run   **09**

**If "Yes", enter 4 digit HAZMAT ID (Look on placard/shipping papers)?**
9 ☐ ☐ ☐

**Did Hazardous Material Release from this Vehicle?**
1- Yes   2- No   3- Unknown/Hit and Run   **2**

**Name of Agency Notified (In Case of Release):**

| Investigator's Name | Rank | Date | Reviewer's Name | Rank |
|---|---|---|---|---|
| D. W. FARR | TFC | 07-14-2023 | J.L. WELLS | SGT |