# EXHIBIT B

# OFFICER NOTES

DETAIL/NOTES   GREGORIE NRD

11 JUL
03 50 0700
CAD
137224

C-
SA
739380

33 NB / EX7 RAMP US 17 / S-172
CLASS 9
UTCV 4971210   22K2   MISC
ANDRE WILLIAMS   3082
912.660.7695
WHI/FRE/TRAC P776126   2017
DOT 2030421
G+W TANKS LLC GW TANKS
4953 VIRGINA AVE N. CHAR SC 29405
W 8FT/6W L 105 FT AX 42 K

95

RAN OFF ROAD RIGHT
OVERTURN

□ CONSIDERATION FACTORS
IN DETERMINING EXIT RAMP
UNIT-1 WAS ON EXIT (MID WAY)
WHILE ON THE U-1 RAN OFF RD
RIGHT AND OVERTURN. (TOO FAST)
✱ CONSTRUCTION ZONE SPEED 45
PRIOR TO EXIT FLASHING LIGHTS
ARROW MOVE RIGHT. SPEED TOO
FAST.

CONSTRUCT
ZONE

CONES
CONSTRN
SPEED
ZONE
45

FIELD SKETCH
SCHP TROOPER DIAGRAM
NOTES By D.W. FARR
[signature] 11 JUL 23

cale: 1 square = _____

Rite in the Rain