# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| PLAINTIFF:<br><br>Andre Williams<br><br>-v-<br><br>DEFENDANT:<br><br>John Doe and Eurovia Atlantic Coast, LLC | Civil Action No.: 9:26-cv-00093-RMG<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT JOHN DOE'S MOTION TO DISMISS** |

Plaintiff Andre Williams, by and through the undersigned counsel, hereby responds to Defendant John Doe's Motion to Dismiss:

After conferring with counsel for Defendant John Doe and Defendant Eurovia Atlantic Coast, LLC ("Defendant Eurovia"), Plaintiff Andre Williams consents to the dismissal of Defendant John Doe and to the entry of the proposed order provided via email. Plaintiff reserves the right to seek discovery from Defendant Eurovia regarding its employees and to amend the complaint to bring a cause of action against any properly named defendant pursuant to Fed. R. Civ. P. 15(c) and any applicable scheduling order.

**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC 29405
Telephone: (843) 973-5438
Cooper.klaasmeyer@forthepeople.com
Teamck@forthepeople.com
**Attorneys for the Plaintiff**

February 13, 2026
North Charleston, SC

1