**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| Andre Williams, ) | |
| ) | |
| v. ) | C/A No. 9:26-93-RMG |
| ) | |
| John Doe and Eurovia Atlantic Coast LLC, ) | |
| ) | |
| Defendant. ) | **ORDER** |
| ) | |
| _____ ) | |

    This matter is before the Court on Defendant John Doe's motion to dismiss. (Dkt. No. 6). Plaintiff has filed a response in support of the motion, indicating that he will continue his case against Defendant Eurovia Atlantic Coast LLC and reserves the right to name a properly named defendant if future discovery reveals a potentially viable claim. (Dkt. No. 7).

    Defendant John Doe's motion to dismiss (Dkt. No. 6) is granted.

    **AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

February 17, 2026
Charleston, South Carolina