IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
CIVIL ACTION NO.: 9:26-CV-00093-RMG

| | | |
|---|---|---|
| Andre Williams, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| John Doe, Eurovia Atlantic Coast, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD**

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for Plaintiff Andre Williams.

<div style="margin-left:50%">

**MORGAN & MORGAN, P.A.**
By:      /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
E-Mail: jgraham@forthepeople.com
E-service: TeamGraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

</div>

Charleston, SC

March 30, 2026.