**MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL**

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name: ***Andre Williams v. Eurovia Atlantic Coast, LLC***_____

C/A No.: **9:26-cv-00093-RMG**_____

1.  Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

2.  If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?

    •   **Counsel for both parties have conferred and believe that mediation in this case would be useful after disclosure of all experts, but before the discovery deadline.  Counsel would propose November 23, 2026 as the mediation deadline.**

3.  Please provide the court with any additional information that would assist in setting a timeline for required mediation.

    •   **The parties expect that the Plaintiff will amend his Complaint to add an additional Defendant, which likely will necessitate the currently proposed mediation deadline and proposed Amended Scheduling Order deadlines.**

Signatures                                          Party Represented

*s/Jonathan Graham*_____          Plaintiff – Andre Williams_____

*s/Brandon P. Jones*_____          Defendant – Eurovia Atlantic Coast, LLC

_____          _____