UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Andre Williams,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Eurovia Atlantic Coast, LLC,<br><br>　　　　　Defendant. | Civil Action No. 9:26-cv-93-RMG<br><br><br>**NOTICE OF APPEARANCE** |

**YOU WILL** please take notice that the undersigned hereby makes appearance on behalf of Eurovia Atlantic Coast, LLC and requests that all further pleadings, motions, notices and other documents required to be served on counsel be served upon the undersigned.

Respectfully Submitted By:

By:　　s/*Michelle N. Endemann*
Michelle N. Endemann (Federal Bar No. 11010)
Michelle.endemann@clarksonwalsh.com
Elizabeth Pritchard (Federal Bar No. 144889)
elizabeth.pritchard@clarksonwalsh.com
Clarkson, Walsh, & Coulter, P.A.
497 St. Andrews Blvd.
Charleston, SC 29407
T: 843.936.5043

***Attorneys for Eurovia Atlantic Coast, LLC***

May 27, 2026