IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION
CIVIL ACTION NO.: 9:26-CV-00093-RMG

|  |  |  |
|---|---|---|
| Andre Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | **Plaintiff's Unopposed Motion to Amend Complaint** |
| | ) | |
| vs. | ) | |
| | ) | |
| Eurovia Atlantic Coast, LLC, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Williams moves to amend the Complaint in this action to add Stay Alert Safety Services, LLC, as a defendant in this matter. Stay Alert Safety Services, LLC, was unknown to Plaintiff as a defendant before this lawsuit was filed. According to Defendant Eurovia's Rule 26.01 Interrogatory Responses, Stay Alert Safety Services was the subcontractor responsible for the acts and omissions that Plaintiff alleges were negligent in this lawsuit.

Plaintiff's counsel has consulted with Defendant Eurovia's counsel, whose consent is memorialized by signature below. *Cf.* Rule 15(a)(2), Fed. R. Civ. P. (permitting amendment with the opposing party's written consent). The proposed Amended Complaint is being filed together with this Motion.

This Motion contains a full statement of its supporting grounds, and thus the parties do not intend to file a memorandum of law unless the Court directs otherwise.

[*Signature Page to Follow*]

**WE SO MOVE AND CONSENT:**

**MORGAN & MORGAN, P.A.**
By:      /s/Jonathan Graham
Jonathan D. Graham
State Bar No. 105763
Federal Bar No. 13969
Cooper Klaasmeyer, Esq.
State Bar No. 105795
Federal Bar No. 14272
E-Mail: jgraham@forthepeople.com
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 947-6063
*Counsel for Plaintiff*

**HOLDER PADGETT, LITTLEJOHN + PRICKETT, LLC**
By:      /s/Brandon P. Jones
Brandon P. Jones, Esq.
State Bar No. 78696
2422 Devine St., Suite A
Columbia, SC 29205
(803) 567-1130
bjones@hplplaw.com

**AND**

**CLARKSON WALSH & CRUDUP**
By:      /s/Michelle Endemann
Michelle Endermann, Esq.
State Bar No. 79894
Elizabeth Pritchard, Esq.
State Bar No. 107076
497 St. Andrews Blvd.
Charleston, SC 29407
(843) 936-5043
michelle.endemann@clarksonwalsh.com
elizabeth.pritchard@clarksonwalsh.com

*Counsel for Defendant Eurovia Atlantic Coast, LLC*

May 29, 2026