IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Andre Williams, | ) | C/A No.: 9:26-cv-00093-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Eurovia Atlantic Coast, LLC, and Stay Alert | ) | |
| Safety Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I hereby certify that Stay Alert Safety Services, LLC has been served with Eurovia Atlantic Coast, LLC's Answer to Plaintiff's First Amended Complaint and Cross-Claims against Stay Alert Safety Services, LLC via Certified Mail, served on it's Registered Agent on July 6, 2026 as evidenced by the attached signed and returned green card. (Exhibit A)

Respectfully submitted,

**CLARKSON WALSH & CRUDUP**
By:     /s/Michelle Endemann
Michelle Endermann, Esq.
State Bar No. 79894
Elizabeth Pritchard, Esq.
State Bar No. 107076
497 St. Andrews Blvd.
Charleston, SC 29407
(843) 936-5043
michelle.endemann@clarksonwalsh.com
elizabeth.pritchard@clarksonwalsh.com

AND

**HOLDER PADGETT, LITTLEJOHN +
PRICKETT, LLC**

Brandon P. Jones, Esq.
FED ID #10884

2422 Devine St., Suite A
Columbia, SC 29205
(803) 567-1130
bjones@hplplaw.com

***Counsel for Defendant Eurovia Atlantic Coast, LLC***

July 16, 2026