

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
Registered Agent for
Stay Alert Safety Services, LLC
100 Coastal Drive, Ste. 210
Charleston, SC 29492

9590 9402 9868 5335 0570 47

2. Article Number (Transfer from service label)

9589 0710 5270 4134 3497 66

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Tara Raleigh*
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
07 06 26

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

CHARLESTON SC 294
8 JUL 2026 PM B L

9590 9402 9868 5335 0570 47

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CLARKSON WALSH & CRUDUP, PA
497 St. Andrews Blvd.
Charleston, SC 29407

402.57
Williams v. Eurovia            TB

7-718499