**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

| | | |
|---|---|---|
| ANDRE WILLIAMS,<br><br>PLAINTIFF,<br><br>vs.<br><br>EUROVIA ATLANTIC COAST, LLC, AND STAY ALERT SAFETY SERVICES, LLC,<br><br>DEFENDANTS. | ) | **C.A. NO. 9:26-CV-00093-RMG**<br><br>**MOTION FOR SECOND AMENDED SCHEDULING ORDER** |

NOW COMES the Defendant Stay Alert Safety Services, LLC, by and through its undersigned counsel, which moves this Honorable Court for a second amended scheduling order pursuant to Local Civil Rule 6.01. As Defendant Stay Alert Services, LLC was recently added as a party to this case, a revision to the currently pending deadlines set for in the present Amended Scheduling Order would be beneficial to all parties. A proposed Second Amended Scheduling Order is attached which sets forth the proposed revised dates; the request is to extend all currently pending deadlines by ninety (90) days. Counsel for Defendant Eurovia Atlantic Coast, LLC has consented to the proposed Second Amended Scheduling Order. Counsel for the Plaintiff has been consulted regarding the proposed Second Amended Scheduling Order but has not responded to the request for consent.

It is the hope of counsel for Defendant Stay Alert Services, LLC that the Court will agree with the proposed revisions, but should the Court have any questions or wish to discuss anything further, counsel is available to address any questions and concerns, and to provide any additional information.

*Signature page follows:*

Respectfully submitted,

Counsel for Defendant Stay Alert Safety Services, Inc.:

By: *s/Duke R. Highfield*
Duke R. Highfield, Fed ID 5654
Victoria L. Anderson, Fed ID 11708
Christian E. Carey, Fed ID 14581
Clement Rivers, LLP
25 Calhoun Street, Suite 400
Charleston, SC 29401
(843) 720-5456
dhighfield@ycrlaw.com
tanderson@ycrlaw.com
ccarey@ycrlaw.com

WITH CONSENT FROM:

Counsel for Defendant Eurovia Atlantic Coast, LLC.:

By: s/*Brandon P. Jones*
Brandon P. Jones, Fed ID 10884
Holder Padget Littlejohn + Prickett, LLC
2422 Devine St., Suite A
Columbia, SC 29205
(803) 567-1130
bjones@hplplaw.com

AND

Michelle Endemann, Fed ID 11010
Elizabeth Pritchard, Fed ID 14489
Clarkson Walsh & Crudup
497 St. Andrews Blvd.
Charleston, SC 29407
(843) 936-5043
michelle.endemann@clarksonwalsh.com
elizabeth.pritchard@clarksonwalsh.com